W. Kirk Moore, Esq. SBN 244764
586 N. First St. Ste. 202
San Jose, CA 95112
408-998-1846
408-583-4063 (fax)
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Chapter 13 Case No.:  08-54672 RLE |
| | ) |
| Bruce and Susan Elliott, | ) PREHEARING CONFERENCE |
| | ) |
| Debtors. | ) Date:  December 11, 2008 |
| | ) Time:  2:00pm |
| | Place:  280 S. First Street, Room 3099 |
| | San Jose, CA, Room |
| | Judge Weissbordt |

      The Debtor filed his case on August 23, 2008. The Meeting of Creditors has been held and concluded. There are objections to confirmation filed herein by the Chapter 13 Trustee.

      All points of the Trustee's objections to confirmation filed herein by the Chapter 13 Trustee have been resolved.

      It is suggested that the hearing be continued for 60 days to allow the Trustee's office time to review the Amended Plan.

                                                      Respectfully Submitted,

Dated:  11/25/2008                                 __/s/ W. Kirk Moore_____
                                                              W. Kirk Moore, Attorney for
                                                              Debtors, Bruce and Susan Elliott