```
1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE           The following constitutes
2  P O Box 50013                         the order of the court. Signed January 22, 2009
   San Jose, CA  95150-0013
3
   Telephone:  (408) 354-4413                         _____
4  Facsimile:  (408) 354-5513                              Roger L. Efremsky
                                                         U.S. Bankruptcy Judge
5  Trustee for Debtor(s)
```

                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                           SAN JOSE DIVISION

In Re:                            )   Chapter 13
                                  )
BRUCE RANDALL ELLIOTT             )   Case Number   08-54672 RLE
                                  )
SUSAN BLACKHURST ELLIOTT          )   **ORDER CONFIRMING PLAN**
                                  )
              Debtor(s)           )
                                  )

The debtor(s) filed a Plan under Chapter 13 of the Bankruptcy Code on Sat Aug 23, 2008, a copy of which was served on creditors (and, if applicable, an Amended Plan on Nov 21, 2008).  After hearing on notice on Jan 15, 2009, the Court finds that:

1. The Plan complies with 11 U.S.C. §1325(a), and other applicable bankruptcy laws, rules and procedures including 11 U.S.C §1325(b)(1)(A) or (B) if the Trustee or an unsecured creditor timely objected to a plan.

THEREFORE IT IS ORDERED THAT:

1. The debtor(s) Plan (or Amended Plan, if applicable) filed on Nov 21, 2008 is confirmed.

/

/

2. The future income of the debtor(s) shall be submitted to the supervision and control of Devin Derham-Burk, Trustee herein, as is necessary for the execution of the Plan.
3. Any creditor whose claim is entirely disallowed by final non-appealable order, and any creditor listed in the debtor(s)' original Schedules that has not filed a proof of claim by the claims bar date need not be served with notice of any subsequent action in this case by the debtor(s) or the Trustee unless such creditor files a request for special notice with the Court and serves such request on the Trustee and debtor(s) attorney. Notwithstanding the above, if the proposed action would adversely impact a creditor, that creditor must be served notice.
4. Until the Plan is completed, dismissed or converted to a case under a different chapter of the Bankruptcy Code, the debtor(s) shall, pursuant to the terms of the Plan, pay to the Trustee the sum of: $500.00

   no later than the last day of each month, at P O Box 50013, San Jose, California 95150-0013.
5. If the debtor(s) fail to timely tender a payment as set forth above, the Plan shall be considered in default. Upon written notice of default by the Trustee, the debtor(s) shall, within twenty (20) days of said notice, either: 1) cure the default; or 2) meet and confer with the Trustee AND enter into an agreement resolving the default in a manner acceptable to the Trustee; or 3) file and serve an Application to Modify Plan

Case: 08-54672   Doc# 26   Filed: 01/22/09   Entered: 01/22/09 14:00:58   Page 2 of 4

which shall propose terms under which the Plan is not in default and which shall provide for Plan completion within sixty (60) months after the time that the first payment under the original plan was due.

6. Except as otherwise provided in the Plan or in the Order Confirming Plan, the Trustee shall make payments to creditors under the plan.

*** END OF ORDER ***

Approved as form and content.

Dated: Jan 21, 2009                    /S/ Devin Derham-Burk
                                       _____
                                       Chapter 13 Trustee

```
                        COURT SERVICE LIST

Case Name: BRUCE RANDALL ELLIOTT          Case No.: 08-5-4672 RLE
           SUSAN BLACKHURST ELLIOTT




BRUCE RANDALL ELLIOTT
SUSAN BLACKHURST ELLIOTT
1384 KIMBERLY DR
SAN JOSE CA
          95118

LAW OFFICES OF W KIRK MOORE
586 N FIRST ST #202
SAN JOSE CA
          95112
```