**THE ESTLE LAW FIRM**

12520 High Bluff Drive, Suite 265

San Diego, California 92130

Telephone (858)720-0890

Facsimile (858) 720-0092

Mark D. Estle (CA Bar No. 135004)

Attorney for Secured Creditor
HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA

# United States Bankruptcy Court

# Northern District of California

# San Jose Division

| In re: | Case No. 08-54672-RLE<br>Chapter 13 |
|---|---|
| BRUCE RANDALL ELLIOTT AND SUSAN BLACKHURST ELLIOTT, | STIPULATION FOR TEMPORARY HARDSHIP REDUCTION |
| Debtor(s). | |

TO ALL PARTIES OF INTEREST:

PLEASE TAKE NOTICE THAT Debtor and Secured Creditor

HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA, by and through their

attorneys of record, hereby stipulate as follows:

1.    Commencing July 30, 2010, Debtors shall continue to

make regular monthly payments in a reduced amount of $4,570.93,

which amount may be subject to change.

2.    The interest rate shall be reduced from 7.48% to

7.16757% for the term of the bankruptcy.

3.    The terms set forth in Paragraphs 1 and 2 shall be in

effect only for the term of the bankruptcy.

4.    The subject Note dated August 25, 2005 is in the

H:\Files\CLIENTS\Brice, Vander Linden & Wernick, P.C\Household Finance & HSBC Finance\Northern\Elliott, Bruce\Stipulation.wpd

Case 08-54672    Doc# 35    Filed: 08/02/10    Entered: 08/02/10 15:16:30    Page 1 of 2

original principal amount of $669,814.04 and is secured by a Deed of Trust covering the property commonly known as 1384 Kimberly Drive, San Jose, California 95118 (the "Property").

5.    Movant may amend its Proof of Claim to add its attorney's fees for this stipulation, which fees shall then be paid through the Plan or if necessary through a modified Plan.

6.    This Order may be executed in counterparts, and facsimile signatures shall be deemed originals.


                                        THE ESTLE LAW FIRM


Dated: 7/20/10                          /s/ Mark D. Estle
                                        Mark D. Estle, Esq.
                                        Attorney for Secured Creditor



                                        LAW OFFICES OF W. KIRK MOORE

Dated: 7/20/10                          /s/ W. Kirk Moore
                                        W. Kirk Moore, Esq.
                                        Attorney for Debtor

The Chapter 13 Trustee has no opposition to this Stipulation.


Dated: 7/30/10                          /s/ Devin Derham-Burk
                                        Devin Derham-Burk,
                                        Chapter 13 Trustee

H:\Files\CLIENTS\Brice, Vander Linden & Wernick, P.C\Household Finance & HSBC Finance\Northern\Elliott, Bruce\Stipulation.wpd