UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE:                                    CASE NO. 08-54672 SLJ
                                              CHAPTER 13

BRUCE RANDALL ELLIOTT
SUSAN BLACKHURST ELLIOTT       JUDGE STEPHEN L. JOHNSON

               DEBTORS                    **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, DEVIN DERHAM-BURK files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** HFC

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 3 | XXXXX2 RI | $14,745.24 | $14,745.24 | $14,745.24 |
| Total Amount Paid by Trustee | | | | $14,745.24 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 12th day of October, 2012.

BRUCE RANDALL ELLIOTT, SUSAN BLACKHURST ELLIOTT, 1384 KIMBERLY DR, SAN JOSE, CA  95118

ELECTRONIC SERVICE - LAW OFFICES OF W KIRK MOORE, 586 N FIRST ST #202, SAN JOSE, CA  95112

HFC, 1301 E TOWER RD, SCHAUMBURG, IL  60173

ELECTRONIC SERVICE - United States Trustee

| | |
|---|---|
| Date:  October 12, 2012 | /s/ Linda Mercado |
| | Office of |
| | DEVIN DERHAM-BURK, Chapter 13 Trustee |
| | P O BOX 50013 |
| | SAN JOSE, CA  95150-0013 |