# Notice Recipients

District/Off: 0971−5    User: admin    Date Created: 12/12/2012
Case: 08−54672    Form ID: B18W    Total: 58

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| tr | Devin Derham−Burk | ctdocs@ch13sj.com |
| aty | Alane A. Becket | notices@becket−lee.com |
| aty | Hayden Hodges | HHodges@NBSDefaultServices.com |
| aty | Lawrence J. Buckley | notice@bkcylaw.com |
| aty | Linh K. Tran | linh.tran@quantum3group.com |
| aty | Mark D. Estle | mdestle@estlelaw.com |
| aty | Timothy J. Silverman | tim@sgsslaw.com |
| aty | W. Kirk Moore | wkmoore@bayareabk.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Bruce Randall Elliott | 1384 Kimberly Drive    San Jose, CA 95118 |
| jdb | Susan Blackhurst Elliott | 1384 Kimberly Drive    San Jose, CA 95118 |
| cr | GE Money Bank | c/o Recovery Management Systems Corp.    25 SE 2nd Avenue, Suite 1120    Miami, FL 33131−1605 |
| cr | B−Line, LLC | MS 550    PO Box 91121    Seattle, WA 98111−9221 |
| cr | eCAST Settlement Corporation | POB 35480    Newark, NJ 07193−5480 |
| reqntc | HSBC Finance Corporation | PO Box 829009    Dallas, Tx 75382 |
| cr | Household Finance Corporation of California | 12520 High Bluff Drive    Suite 265    San Diego, CA 92130 |
| cr | East Bay Funding, LLC | c/o Resurgent Capital Services    PO Box 288    Greenville, SC 29603 |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55    P.O. Box 942879    Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Attn: Special Procedures    P.O. Box 2952    Sacramento, CA 95812−2952 |
| smg | IRS | P.O. Box 7346    Philadelphia, PA 19101−7346 |
| 9449964 | American Express | c/o Becket and Lee    Po Box 3001    Malvern, PA 19355 |
| 9646590 | American Express Centurion Bank | c/o Becket and Lee LLP    POB 3001    Malvern PA 19355−0701 |
| 9449965 | American General Finan | 461 Blossom Hill Rd Ste    San Jose, CA 95123 |
| 9679514 | American General Finance | P.O. Box 971    Evansville, IN 47706−0971 |
| 11942833 | B−Line, LLC | Attn: Steven Kane    P.O. Box 91121    Dept. 550    Seattle, WA 98111−9221 |
| 9449966 | Bank of America | Attn: Bankruptcy Dept NC4−105−03−14    Po Box 26012    Greensboro, NC 27420 |
| 9449967 | Citi | Attention: Bankruptcy    Po Box 20507    Kansas City, MO 64915 |
| 9449968 | County of Santa Clara −Assessors | 70 W, Hedding Street, East Wing    San Jose, CA 95110 |
| 9449969 | Credit First | Po Box 818011    Cleveland, OH 44181 |
| 9449973 | DSNB Macys | Attn: Bankruptcy    6356 Corley Road    Norcross, GA 30071 |
| 9449970 | Dell Financial Services | 12234 North Ih 35    Austin, TX 78753 |
| 9528172 | Dell Financial Services, LLC | c/o Resurgent Capital Services    PO Box 10390    Greenville SC 29603−0390 |
| 9449971 | Direct Merchants Bank | P.O. Box 5251    Carol Stream, IL 60197−9642 |
| 9475776 | Discover Bank/DFS Services LLC | PO Box 3025    New Albany OH 43054−3025 |
| 9449972 | Discover Financial | Attention: Bankruptcy Department    Po Box 3025    New Albany, OH 43054 |
| 12360822 | East Bay Funding, LLC | c/o Resurgent Capital Services    PO Box 288    Greenville, SC 29603 |
| 9468623 | GE Money Bank | c/o Recovery Management Systems Corp.    25 SE 2nd Avenue, Suite 1120    Miami, FL 33131−1605 |
| 9449974 | GE Moneygram Bank / JC Penney | Attn: Bankruptcy Dept    PO Box 103104    Roswell, GA 30076 |
| 9449976 | HFC − USA/Beneficial | Attn: Bankruptcy Dept    961 Weigel Drive    Elmhurst, IL 60126 |
| 9449975 | HFC − USA/Beneficial | Attn: Bankruptcy Dept.    961 Weigel Drive    Elmhurst, IL 60126 |
| 9625752 | HSBC Bank NA/Direct Merchants Credit Card | Bank NA by eCAST Settlement Corporation    as its agent    POB 35480    Newark NJ 07193−5480 |
| 10223073 | HSBC Finance Corporation | PO Box 829009    Dallas, Tx 75382 |
| 11275954 | Household Finance Corp of CA | P.O. Box 829009    Dallas, TX 75382−9009 |
| 9623961 | Household Finance Corporation | by eCAST Settlement Corporation    as its agent    POB 35480    Newark NJ 07193−5480 |
| 9478275 | Household Finance Corporation of California | 961 Weigel Dr    Elmhurst IL 60126 |
| 9575181 | LVNV Funding LLC its successors and assigns as | assignee of Citibank    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603−0587 |
| 9449977 | Nordstrom FSB | Attention: Bankruptcy Department    Po Box 6566    Englewood, CO 80155 |
| 9489098 | Nordstrom fsb | PO Box 6566    Englewood, CO 80155 |
| 9579718 | Roundup Funding, LLC | MS 550    PO Box 91121    Seattle, WA 98111−9221 |
| 9552996 | TARGET NATIONAL BANK | C O Weinstein And Riley, Ps    2001 Western Avenue, Ste 400    Seattle, Wa 98121 |

Case: 08-54672    Doc# 57-1    Filed: 12/12/12    Entered: 12/12/12 22:30:12    Page 1 of 2

| | | | |
|---|---|---|---|
| 9449978 | Target NB | 3701 Wayzata Blvd | Minneapolis, MN 55416 |
| 9449979 | WFNNB/Chadwicks of Boston | 4590 E Broad Street | Columbus, OH 43213 |
| 9449981 | WFNNB/TSA | PO Box 182125 | Columbus, OH 43218 |
| 9449980 | WFNNB/king Sizes | Po Box 182121 | Columbus, OH 43218 |
| 10144738 | eCAST Settlement Corporation | POB 35480 | Newark NJ 07193–5480 |
| 9627696 | eCAST Settlement Corporation assignee of | FIA Card Services aka Bank of America | POB 35480    Newark NJ 07193–5480 |
| 9591308 | eCAST Settlement Corporation assignee of | GE Money Bank/JC Penney Dual Card | POB 35480    Newark NJ 07193–5480 |

TOTAL: 49